| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the:<br>EASTERN DISTRICT OF TENNESSEE | |
| Case number *(if known)* _____  Chapter __11__ | ☐ Check if this is an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BWY Transport, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1129069** |
| 4. | **Debtor's address** | **Principal place of business**<br>**100 Cherokee Blvd, Suite 216**<br>**Chattanooga, TN 37405**<br>Number, Street, City, State & ZIP Code<br><br>**Hamilton**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**100 Cherokee Blvd, Suite 216 Chattanooga, TN 37405**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☒ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **BWY Transport, Inc.**_____  Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

| Debtor | BWY Transport, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other  _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name  _____
         Phone  _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **BWY Transport, Inc.**  Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 7, 2025**
               MM / DD / YYYY

**X** **/s/   Bryan Meeks**                                        **Bryan Meeks**
Signature of authorized representative of debtor                    Printed name

Title    **President**

**18. Signature of attorney**    **X** **/s/ W. Thomas Bible,, Jr.**            Date    **July 7, 2025**
                                 Signature of attorney for debtor                       MM / DD / YYYY

**W. Thomas Bible,, Jr. 014754**
Printed name

**Tom Bible Law**
Firm name

**6918 Shallowford Road, Suite 100**
**Chattanooga, TN 37421**
Number, Street, City, State & ZIP Code

Contact phone  **(423) 424-3116**    Email address  **tom@tombiblelaw.com**

**014754 TN**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

Fill in this information to identify the case:

Debtor name: **BWY Transport, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AMEX<br>PO Box 570622<br>Atlanta, GA 30357 | | | | | | $90,757.00 |
| AMEX Gold<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | | | | | | $18,095.00 |
| Bryan Meeks<br>1945 Bice Road<br>Soddy Daisy, TN 37379 | | | | | | $67,969.00 |
| Capital One<br>PO Box 71087<br>Charlotte, NC 28272 | | | | | | $28,472.00 |
| Daimler Truck Financial<br>14372 Heritage Parkway, Suite 400<br>Fort Worth, TX 76177 | | | | $1,321,110.83 | $0.00 | $1,321,110.83 |
| Greatwide<br>1400 Commerce Blvd<br>Anniston, AL 36207 | | | | $73,142.00 | $0.00 | $73,142.00 |
| Truist Reward<br>PO Box 791622<br>Baltimore, MD 21279 | | | | | | $9,081.00 |
| Truist Reward<br>PO Box 791622<br>Baltimore, MD 21279 | | | | | | $5,413.00 |
| US Logistics Group<br>1945 Bice Road<br>Soddy Daisy, TN 37379 | | | | | | $42,000.00 |

# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **BWY Transport, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **July 7, 2025**

/s/ **Bryan Meeks**  
**Bryan Meeks**/**President**  
Signer/Title

Date:  **July 7, 2025**

/s/ **W. Thomas Bible,, Jr.**  
Signature of Attorney  
**W. Thomas Bible,, Jr. 014754**  
**Tom Bible Law**  
**6918 Shallowford Road, Suite 100**  
**Chattanooga, TN 37421**  
**(423) 424-3116 Fax: (423) 499-6311**

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Alliance Interstate Risk
Dept SF1
PO Box 830525
Birmingham, AL 35283


AMEX
PO Box 570622
Atlanta, GA 30357


AMEX Gold
PO Box 6031
Carol Stream, IL 60197-6031


Anlines
48 Walnut Avenue
Wheeling, WV 26003


Bridgestone America's
62861 Collections Center Drive
Chicago, IL 60693


Bryan Meeks
1945 Bice Road
Soddy Daisy, TN 37379


Capital One
PO Box 71087
Charlotte, NC 28272


Carrier Resources
23 Washington Street
Jamestown, RI 02835


CCTR
1010 Crestridge Drive
30741


Chris Shomaker
3078 Wildridge Road A
Avon, CO 81620


Corcentric LLC
6861 Collections Center Drive
Chicago, IL 60693


Corporate Chaplains of America
PO Box 604340
Charlotte, NC 28260


Daimler Truck Financial
14372 Heritage Parkway, Suite 400
Fort Worth, TX 76177
```

Ed Burns
379 Main Street
Shoemakersville, PA 19555


Global Parts
PO Box 277171
Atlanta, GA 30384


Greatwide
1400 Commerce Blvd
Anniston, AL 36207


Isolved Benefit Services
PO Box 889
Coldwater, MI 49036


Lee Smith Inc
2600 8th Avenue
Chattanooga, TN 37404


Lighthouse Trailer Sales
2809 Russellville Road
Bowling Green, KY 42101


Litefoot Technology
PO Box 323
Ooltewah, TN 37363


Premier Trucking Group
PO Box 840827
Dallas, TX 75824


Principal
PO Box 77202
Minneapolis, MN 55480


RBC Properties LLC
PO Box 889
Ringgold, GA 30736


Redirect Health
13430 N Scottsdle Road, Suite 100
Scottsdale, AZ 85254


Reliance Truck and Trailer Services
125 Gateway Business Park Drive
Ringgold, GA 30736


Robertson Ryan & Associates
330 East Kilbourn Avenue #850
Milwaukee, WI 53202


Southern Lubes & Fuels
PO Box 2195
Calhoun, GA 30701

Tri State Mobile Repair
119 Pine Grove Access Road
Ringgold, GA 30736


Truist Reward
PO Box 791622
Baltimore, MD 21279


U.S. Logistics Group
1945 Bice Road
Soddy Daisy, TN 37379


US Logistics Group
1945 Bice Road
Soddy Daisy, TN 37379


Vanguard Truck Center
180 Princeton Blvd
Adairsville, GA 30103